# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Walter R. Price | ) ASBCA Nos. 58364, 58537 |
| | ) |
| Under Contract Nos. WRIG-F-09C0134 | ) |
| WRIG-F-U1-4C0049 | ) |

APPEARANCE FOR THE APPELLANT:    Mr. Walter R. Price

APPEARANCES FOR THE GOVERNMENT:    Jeffrey P. Hildebrant, Esq.
  Air Force Deputy Chief Trial Attorney
Gregory A. Harding, Esq.
  Air Force Trial Attorney

## ORDER OF DISMISSAL

The parties have filed a joint motion to dismiss these appeals with prejudice on the ground that they have "entered into a written agreement resolving the issues underlying these appeals." Accordingly, these appeals are hereby dismissed with prejudice.

Dated:  19 January 2017

ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58364, 58537, Appeals of Walter R Price, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals